# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JESSICA BERG, on behalf of herself and all others similarly situated, | Case No.: 17-cv-01125-DAP |
| | Judge Dan Aaron Polster |
| Plaintiff, | |
| vs. | |
| COMMUNITY INSURANCE COMPANY d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, | |
| Defendant. | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JORDAN M. LEWIS

Pursuant to Local Rule 83.5, Plaintiff, Jessica Berg, by and through counsel, hereby moves the Court for an Order granting leave for Jordan M. Lewis of the law firm of Jordan Lewis, P.A., 4473 N.E. 11th Avenue, Fort Lauderdale, Florida, 33334, to appear *pro hac vice* as co-counsel in the above action on behalf of the Plaintiff. Jordan Lewis is admitted to practice law in, and is a member in good standing of, the State of Florida and the United States District Court for the Southern District of Florida and is a registered user of the Southern District of Florida's Electronic Filing System.

In support of this Motion, a Declaration of Mr. Lewis is attached as Exhibit A. The required fee and registration as an ECF Filing User in this Court accompany this Motion.

Dated: June 5, 2017                                   Respectfully submitted,


                                                     /s/ Robert R. Sparks
                                                     Robert R. Sparks
                                                     STRAUSS TROY CO., LPA
                                                     150 E. Fourth Street, 4th Floor
                                                     Cincinnati, Ohio 45202-4018
                                                     Telephone No.: (513) 621-2120
                                                     Facsimile No.: (513) 241-8259
                                                     Email: *rrsparks@strausstroy.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2017, a copy of the foregoing was filed electronically with the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt. This filing may be accessed through the Court's CM/ECF system.


                                                     /s/ Robert R. Sparks
                                                     Robert R. Sparks

12181981_1.docx