UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JESSICA BERG, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMMUNITY INSURANCE COMPANY D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD,<br><br>Defendant. | Case No: 1:17-CV-01125-DAP |

## DEFENDANT'S MOTION TO ADMIT COUNSEL TO APPEAR *PRO HAC VICE*

Pursuant to Local Civil Rule 83.5(h), Defendant Community Insurance Company d/b/a Anthem Blue Cross and Blue Shield ("Anthem"), move the Court to admit *pro hac vice* the following attorney:

Rebecca R. Hanson (Illinois Bar No. 6289672)
Reed Smith LLP
10 S. Wacker Drive
40th Floor
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
rhanson@reedsmith.com

As set forth in the affidavit attached as Exhibit 1, Rebecca R. Hanson is an active member in good standing of the Illinois State Bar, and is admitted to practice before the U.S. District Court for the Northern, Southern, and Central Districts of Illinois; U.S. District Court for the Western and Northern Districts of Colorado; and the Seventh, Eighth, Ninth, and Tenth Circuit Courts of Appeals. She has never been disbarred or suspended from practice before any court, department, bureau, or commission of any state of the United States, nor has she received

any reprimand form any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar. No disciplinary proceeding is pending against her in any jurisdiction.

Defendant has submitted to the Clerk's office the necessary filing fees for admission *pro hac vice*, including a certificate of good standing for the Supreme Court of Illinois.

WHEREFORE, Anthem respectfully requests that this Court enter an order admitting Rebecca R. Hanson *pro hac vice* to represent Anthem in this action.

Dated: September 8, 2017

Respectfully submitted,

VORYS, SATER, SEYMOUR & PEASE

/s/ Natalia Steele
Natalia Steele (0082530)
Vorys, Sater, Seymour & Pease – Cleveland
Suite 1400
200 Public Square
Cleveland, OH 44114
216-479-6187 telephone
216-479-6060 facsimile

*Attorney for Defendant*

To Be Admitted:

Rebecca R. Hanson
Reed Smith LLP
10 S. Wacker Drive
40th Floor
Chicago, Illinois 60606
312-207-1000 telephone
rhanson@reedsmith.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I do hereby certify that on September 8, 2017, a copy of the foregoing Defendants' Motion to Admit Counsel to Appear *Pro Hac Vice* was filed electronically with the District Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                     /s/ Natalia Steele
                                     Natalia Steele (0082530)