# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JESSICA BERG, on behalf of herself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | Case No: 1:17-CV-01125-DAP |
| COMMUNITY INSURANCE COMPANY D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## DEFENDANT'S MOTION TO ADMIT COUNSEL TO APPEAR *PRO HAC VICE*

Pursuant to Local Civil Rule 83.5(h), Defendant Community Insurance Company d/b/a Anthem Blue Cross and Blue Shield ("Anthem"), move the Court to admit *pro hac vice* the following attorney:

> Martin J. Bishop (Illinois Bar No. 6269425)
> Reed Smith LLP
> 10 S. Wacker Drive
> 40th Floor
> Chicago, IL 60606
> Telephone: (312) 207-1000
> Facsimile: (312) 207-6400
> mbishop@reedsmith.com

As set forth in the affidavit attached as Exhibit 1, Martin J. Bishop is an active member in good standing of the Illinois, Florida, and Texas State Bars, and is admitted to practice before the U.S. District Court for the Northern, Southern, and Central Districts of Illinois; U.S. District Court for the Northern Western, Southern, and Eastern Districts of Texas; and the Third, Fifth, Seventh, Eighth, and Ninth Circuit Courts of Appeals.  He has never been disbarred or suspended from practice before any court, department, bureau, or commission of any state of the United

States, nor has he received any reprimand form any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.  No disciplinary proceeding is pending against her in any jurisdiction.

Defendant has submitted to the Clerk's office the necessary filing fees for admission *pro hac vice*, including a certificate of good standing for the Supreme Court of Illinois.

WHEREFORE, Anthem respectfully requests that this Court enter an order admitting Martin J. Bishop *pro hac vice* to represent Anthem in this action.


Dated: September 8, 2017                           Respectfully submitted,

                                                   VORYS, SATER, SEYMOUR & PEASE

                                                    /s/ Natalia Steele
                                                   Natalia Steele (0082530)
                                                   Vorys, Sater, Seymour & Pease – Cleveland
                                                   Suite 1400
                                                   200 Public Square
                                                   Cleveland, OH 44114
                                                   216-479-6187 telephone
                                                   216-479-6060 facsimile

                                                   *Attorney for Defendant*

                                                   To Be Admitted:

                                                   Martin J. Bishop
                                                   Reed Smith LLP
                                                   10 S. Wacker Drive
                                                   40th Floor
                                                   Chicago, Illinois 60606
                                                   312-207-1000 telephone
                                                   mbishop@reedsmith.com

                                                   *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I do hereby certify that on September 8, 2017, a copy of the foregoing Defendants' Motion to Admit Counsel to Appear *Pro Hac Vice* was filed electronically with the District Court.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Natalia Steele
Natalia Steele (0082530)

3