# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JESSICA BERG, on behalf of herself and others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) ) | Case No: 1:17-CV-01125-DAP |
| COMMUNITY INSURANCE COMPANY ) D/B/A ANTHEM BLUE CROSS AND BLUE ) SHIELD, ) ) | |
| Defendant. ) ) | |

## DEFENDANT'S MOTION TO ADMIT COUNSEL TO APPEAR *PRO HAC VICE*

Pursuant to Local Civil Rule 83.5(h), Defendant Community Insurance Company d/b/a Anthem Blue Cross and Blue Shield ("Anthem"), move the Court to admit *pro hac vice* the following attorney:

Alexandra M. Lucas (Illinois Bar No. 6313385)
Reed Smith LLP
10 S. Wacker Drive
40th Floor
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
alucas@reedsmith.com

As set forth in the affidavit attached as Exhibit 1, Alexandra M. Lucas is an active member in good standing of the Illinois State Bar, and is admitted to practice before the U.S. District Court for the Northern Districts of Illinois. She has never been disbarred or suspended from practice before any court, department, bureau, or commission of any state of the United States, nor has she received any reprimand form any such court, department, bureau or

commission pertaining to conduct or fitness as a member of the bar. No disciplinary proceeding is pending against her in any jurisdiction.

Defendant has submitted to the Clerk's office the necessary filing fees for admission *pro hac vice*, including a certificate of good standing for the Supreme Court of Illinois.

WHEREFORE, Anthem respectfully requests that this Court enter an order admitting Alexandra M. Lucas *pro hac vice* to represent Anthem in this action.

Dated: September 8, 2017                                    Respectfully submitted,

                                                            VORYS, SATER, SEYMOUR & PEASE

                                                            /s/ Natalia Steele
                                                            Natalia Steele (0082530)
                                                            Vorys, Sater, Seymour & Pease – Cleveland
                                                            Suite 1400
                                                            200 Public Square
                                                            Cleveland, OH 44114
                                                            216-479-6187 telephone
                                                            216-479-6060 facsimile

                                                            *Attorney for Defendant*

                                                            To Be Admitted:

                                                            Alexandra M. Lucas
                                                            Reed Smith LLP
                                                            10 S. Wacker Drive
                                                            40th Floor
                                                            Chicago, Illinois 60606
                                                            312-207-1000 telephone
                                                            alucas@reedsmith.com

                                                            *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I do hereby certify that on September 8, 2017, a copy of the foregoing Defendants' Motion to Admit Counsel to Appear *Pro Hac Vice* was filed electronically with the District Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Natalia Steele
Natalia Steele (0082530)