UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JESSICA BERG | ) | CASE NO. 1:17-cv-01125 |
| on behalf of herself and all others | ) | |
| similarly situated, | ) | |
|     Plaintiff, | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| | ) | |
|   vs. | ) | <u>ORDER</u> |
| | ) | |
| COMMUNITY INSURANCE COMPANY | ) | |
| dba Anthem Blue Cross & Blue Shield, | ) | |
| | ) | |
|     Defendants. | ) | |

The Court has been advised by counsel of record that the above-captioned case has been settled. Accordingly, this case is dismissed without prejudice, each party to bear its own costs.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

    IT IS SO ORDERED.

  /s/ Dan Aaron Polster    December 8, 2017
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**